**(Official Form 1) (12/03)**

| FORM B1 | **United States Bankruptcy Court**<br>**District of New Jersey** | **Voluntary Petition** |
|---|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>N.V.E., Inc., a NJ Corporation | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 6 years<br>(include married, maiden, and trade names):<br>DBA NVE Pharmaceuticals; DBA NVE, Inc.; DBA NVE Pharmaceuticals, Inc.; DBA NVE Enterprises; DBA NVE Enterprises, Inc. | All Other Names used by the Joint Debtor in the last 6 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. No. / Complete EIN or other Tax I.D. No.<br>(if more than one, state all):<br>22-2863476 | Last four digits of Soc. Sec. No. / Complete EIN or other Tax I.D. No.<br>(if more than one, state all): |
| Street Address of Debtor (No. & Street, City, State & Zip Code):<br>152 Whitehall Road<br>Andover, NJ 07821 | Street Address of Joint Debtor (No. & Street, City, State & Zip Code): |
| County of Residence or of the<br>Principal Place of Business:  Sussex | County of Residence or of the<br>Principal Place of Business: |
| Mailing Address of Debtor (if different from street address): | Mailing Address of Joint Debtor (if different from street address): |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | |

**Information Regarding the Debtor (Check the Applicable Boxes)**

**Venue** (Check any applicable box)
■ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.
☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

| **Type of Debtor** (Check all boxes that apply) | | **Chapter or Section of Bankruptcy Code Under Which<br>the Petition is Filed** (Check one box) | | |
|---|---|---|---|---|
| ☐ Individual(s) | ☐ Railroad | ☐ Chapter 7 | ■ Chapter 11 | ☐ Chapter 13 |
| ■ Corporation | ☐ Stockbroker | ☐ Chapter 9 | ☐ Chapter 12 | |
| ☐ Partnership | ☐ Commodity Broker | ☐ Sec. 304 - Case ancillary to foreign proceeding | | |
| ☐ Other_____ | ☐ Clearing Bank | | | |

| **Nature of Debts** (Check one box) | | **Filing Fee** (Check one box) |
|---|---|---|
| ☐ Consumer/Non-Business | ■ Business | ■ Full Filing Fee attached |
| **Chapter 11 Small Business** (Check all boxes that apply) | | ☐ Filing Fee to be paid in installments (Applicable to individuals only.) Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form No. 3. |
| ☐ Debtor is a small business as defined in 11 U.S.C. § 101 | | |
| ☐ Debtor is and elects to be considered a small business under 11 U.S.C. § 1121(e) (Optional) | | *** Daniel M. Stolz (DS-1827) *** |

**Statistical/Administrative Information** (Estimates only)      THIS SPACE IS FOR COURT USE ONLY
■ Debtor estimates that funds will be available for distribution to unsecured creditors.
☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

| Estimated Number of Creditors | 1-15 | 16-49 | 50-99 | 100-199 | 200-999 | 1000-over | | |
|---|---|---|---|---|---|---|---|---|
| | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | | |

| Estimated Assets | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | More than $100 million | |
| ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | |

| Estimated Debts | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | More than $100 million | |
| ☐ | ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | |

(Official Form 1) (10/03)    FORM B1, Page 2

# Voluntary Petition
*(This page must be completed and filed in every case)*

Name of Debtor(s):
N.V.E., Inc., a NJ Corporation

| **Prior Bankruptcy Case Filed Within Last 6 Years** (If more than one, attach additional sheet) |||
|---|---|---|
| Location Where Filed: - None - | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet) |||
|---|---|---|
| Name of Debtor: - None - | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

## Signatures

**Signature(s) of Debtor(s) (Individual/Joint)**

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Debtor

X _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

**Signature of Attorney**

X    /s/ Daniel M. Stolz
Signature of Attorney for Debtor(s)
Daniel M. Stolz (DS-1827)
Printed Name of Attorney for Debtor(s)
WASSERMAN, JURISTA & STOLZ
Firm Name
225 Millburn Avenue
Suite 207
Millburn, NJ 07041
Address                Email: attys@wjslaw.com
(973) 467-2700  Fax: (973) 467-8126
Telephone Number
August 10, 2005
Date

**Signature of Debtor (Corporation/Partnership)**

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.
The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X  /s/ Robert Occhifinto
Signature of Authorized Individual
Robert Occhifinto
Printed Name of Authorized Individual
President
Title of Authorized Individual
August 10, 2005
Date

**Exhibit A**
(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11)
■ Exhibit A is attached and made a part of this petition.

**Exhibit B**
(To be completed if debtor is an individual whose debts are primarily consumer debts)
I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter.

X _____
Signature of Attorney for Debtor(s)        Date

**Exhibit C**
Does the debtor own or have possession of any property that poses a threat of imminent and identifiable harm to public health or safety?
☐ Yes, and Exhibit C is attached and made a part of this petition.
■ No

**Signature of Non-Attorney Petition Preparer**
I certify that I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110, that I prepared this document for compensation, and that I have provided the debtor with a copy of this document.

_____
Printed Name of Bankruptcy Petition Preparer

_____
Social Security Number (Required by 11 U.S.C.§ 110(c).)

_____
Address

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

X _____
Signature of Bankruptcy Petition Preparer

_____
Date

A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both.  11 U.S.C. § 110; 18 U.S.C. § 156.

**Form 4. LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS**

# United States Bankruptcy Court
**District of New Jersey**

In re   N.V.E., Inc., a NJ Corporation                                   Case No.
                                    Debtor(s)                            Chapter    11

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [or chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | Nature of claim (trade debt, bank loan, government contract, etc.) | Indicate if claim is contingent, unliquidated, or disputed, or subject to setoff | Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| World Wrestling Ent.<br>1241 East Main Street<br>Stamford, CT 06902 | World Wrestling Ent.<br>1241 East Main Street<br>Stamford, CT 06902<br>203-353-2874 | Trade debt | | 2,520,262.00 |
| NBC<br>30 Rockefeller Plaza<br>Room 5131<br>New York, NY 10112 | NBC<br>30 Rockefeller Plaza<br>Room 5131<br>New York, NY 10112<br>212-664-6768 | Trade debt | | 856,120.00 |
| Weather Channel<br>PO Box 101634<br>Atlanta, GA 30392 | Weather Channel<br>PO Box 101634<br>Atlanta, GA 30392<br>770-226-2871 | Trade debt | | 735,195.44 |
| PPC<br>177 Knob Hill Road<br>Mooresville, NC 28117 | Andy O'Hara, Esq.<br>PPC<br>177 Knob Hill Road<br>Mooresville, NC 28117<br>704-799-7453 | Trade debt | | 562,850.00 |
| Telemundo<br>30 Rockefeller Plaza<br>Room 5131<br>New York, NY 10112 | Telemundo<br>30 Rockefeller Plaza<br>Room 5131<br>New York, NY 10112<br>212-492-5500 | Trade debt | | 476,286.45 |
| Sobel Affiliates, Inc.<br>595 Stewart Avenue<br>Garden City, NY 11530-4735 | Sobel Affiliates, Inc.<br>595 Stewart Avenue<br>Garden City, NY 11530-4735<br>516-745-0000 | Trade debt | | 341,860.00 |
| Keystone Marketing<br>155 Commerce Drive<br>Advance, NC 27006 | Keystone Marketing<br>155 Commerce Drive<br>Advance, NC 27006<br>336-998-2500 | Trade debt | | 185,299.67 |
| Turner Network Television, LLP<br>One CNN Center<br>Atlanta, GA 30303 | Turner Network Television, LLP<br>One CNN Center<br>Atlanta, GA 30303<br>404-827-4523 | Trade debt | | 174,590.00 |
| WKTU 103.5<br>5488 Collections Center Drive<br>Chicago, IL 60693 | WKTU 103.5<br>5488 Collections Center Drive<br>Chicago, IL 60693<br>201-420-3713 | Trade debt | | 139,692.00 |

In re   N.V.E., Inc., a NJ Corporation    Case No.
Debtor(s)

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| Name of creditor and complete mailing address, including zip code | Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | Nature of claim (trade debt, bank loan, government contract, etc.) | Indicate if claim is contingent, unliquidated, or disputed, or subject to setoff | Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| WHTZ Z-100<br>5518 Collection Center Drive<br>Chicago, IL 60693 | WHTZ Z-100<br>5518 Collection Center Drive<br>Chicago, IL 60693<br>201-209-6200 | Trade debt | | 133,230.00 |
| WWPR<br>Clearn Channel Broadcasting<br>5486 Collection Center Drive<br>Chicago, IL 60693 | WWPR<br>Clear Channel Broadcasting<br>5486 Collection Center Drive<br>Chicago, IL 60693<br>212-704-1051 | Trade debt | | 44,697.00 |
| Spain Hastings & Ward<br>909 Fannin<br>3900 Two Houston Center<br>Houston, TX 77010 | Spain Hastings & Ward<br>909 Fannin<br>3900 Two Houston Center<br>Houston, TX 77010<br>713-650-9700 | Trade debt | | 44,201.68 |
| McElroy Deutsch Mulvaney<br>1300 Mt. Kemble AVenue<br>PO Box 2075<br>Morristown, NJ 07962-2075 | McElroy Deutsch Mulvaney<br>1300 Mt. Kemble Avenue<br>PO Box 2075<br>Morristown, NJ 07962-2075<br>973-993-8100 | Trade debt | | 41,385.88 |
| McDonnell & Assoc.<br>601 S. Henderson Road<br>Suite 152<br>King Of Prussia, PA 19406 | McDonnell & Assoc.<br>601 S. Henderson Road<br>Suite 152<br>King Of Prussia, PA 19406<br>610-337-2087 | Trade debt | | 40,265.48 |
| Shea, Stokes & Carter<br>510 Market Street<br>3rd Floor<br>San Diego, CA 92101-7025 | Shea, Stokes & Carter<br>510 Market Street<br>3rd Floor<br>San Diego, CA 92101-7025<br>619-232-4261 | Trade debt | | 31,975.98 |
| Westhead Associates<br>7 Wellington Court<br>Mount Laurel, NJ 08054 | Westhead Associates<br>7 Wellington Court<br>Mount Laurel, NJ 08054<br>856-727-0510 | Trade debt | | 23,441.00 |
| Miles & Stockbridge, PC<br>10 Light Street<br>Baltimore, MD 21202-1487 | Miles & Stockbridge, PC<br>10 Light Street<br>Baltimore, MD 21202-1487<br>410-727-6464 | Trade debt | | 19,373.77 |
| Bullivant Houser<br>300 Pioneer Tower<br>888 SW Fifth Avenue<br>Portland, OR 97204-2089 | Bullivant Houser<br>300 Pioneer Tower<br>888 SW Fifth Avenue<br>Portland, OR 97204-2089<br>503-228-6351 | Trade debt | | 17,539.33 |
| Kenneth Brait, MD<br>PO Box 5568<br>Ketchum, ID 83340-5568 | Kenneth ~Brait, MD<br>PO Box 5568<br>Ketchum, ID 83340-5568<br>208-578-3481 | Trade debt | | 11,421.00 |

In re  N.V.E., Inc., a NJ Corporation                                    Case No.  _____
                              Debtor(s)

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| Name of creditor and complete mailing address, including zip code | Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | Nature of claim (trade debt, bank loan, government contract, etc.) | Indicate if claim is contingent, unliquidated, or disputed, or subject to setoff | Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| Ledbetter Cogbill Arnold & Harrison, LLP<br>622 Parker Avenue<br>PO Box 185<br>Fort Smith, AR 72902 | Ledbetter Cogbill Arnold & Harrison, LLP<br>622 Parker Avenue<br>PO Box 185<br>Fort Smith, AR 72902<br>479-782-7294 | Trade debt | | 9,925.63 |

## DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing List of Creditors Holding 20 Largest Unsecured Claims and that it is true and correct to the best of my information and belief.

Date  August 10, 2005                        Signature  /s/ Robert Occhifinto
                                                        Robert Occhifinto
                                                        President

*Penalty for making a false statement or concealing property*:  Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.

**United States Bankruptcy Court**
**District of New Jersey**

In re  N.V.E., Inc., a NJ Corporation ,  Case No. _____

Debtor

Chapter    11

# LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with Rule 1007(a)(3) for filing in this chapter 11 case.

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| Robert Occhifinto<br>2294 Seven Mile Road<br>Mc Clellanville, SC 29458 | Common | 100% | |

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the President of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date___August 10, 2005_____    Signature _/s/ Robert Occhifinto_____
                                                                Robert Occhifinto
                                                                President

*Penalty for making a false statement or concealing property*:   Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C §§ 152 and 3571.

__0__ continuation sheets attached to List of Equity Security Holders

AIG Claim Services, Inc.
Property/Casualty Claims Division
PO Box 4689
Clearwater, FL 33758


AIG Claim Services, Inc.
8144 Walnut Hill Lane, Suite 1400
Dallas, TX 75231


American Management Corporation
Litigation Specialist
824 Front Street
PO Box 2020
Conway, AR 72033


William and Marilyn Anderson
385 Buffalo Avenue
Paterson, NJ 07503


Anthony F. Picheca, Jr., Esq.
PO Box 250
6 Spring Street
Far Hills, NJ 07931


Arbon
Box 78196
Milwaukee, WI 53278-0196


Asbury & Asbury, LLP
534 Pine Street, Suite 102
Abilene, TX 79601


Atlas Welders & Fabricators
2505 South Clinton Avenue
South Plainfield, NJ 07080


Attorney General of the State of NJ
Department of Law & Public Safety
124 Halsey Street
PO Box 45029
Newark, NJ 07101


Beeler, Walsh & Walsh, PLLC
301 N.W. 63rd Street, Suite 600
Oklahoma City, OK 73116

Bifferato Gentil
PO Box 2165
Wilmington, DE 19899-2165


Bingham McCutchen
PO Box 3286
Boston, MA 02241-3846


Kenneth Brait, MD
PO Box 5568
Ketchum, ID 83340-5568


Bullivant Houser
300 Pioneer Tower
888 SW Fifth Avenue
Portland, OR 97204-2089


Burke, Costanza & Cuppy, LLP
9191 Broadway
Merrillville, IN 46410


Callahan & Shears, P.C.
PO Box 22677
Portland, OR 97269


Central Mercantile Collection Service
822 E. Grand River
Brighton, MI 48116


Colinos, Bosien & Young
1500 Woodson Tower
2929 Allen Parkway
Houston, TX 77019


Conrad & Bischoff, Inc.
PO Box 50106
Idaho Falls, ID 83405


Currie Johnson Griffin Gaines & Myers
1044 River Oaks Drive
PO Box 750
Jackson, MS 39205

CVS/Risk Management
One CVS Drive
Woonsocket, RI 02895


Daggett Kraemer Eliades VanderWiele
Attn: Gary Kraemer
328 D Sparta Avenue
Sparta, NJ 07871


Diserio Martin
One Atlantic Street
Stamford, CT 06901


Dover International Seedway, Inc.
1131 N. Dupont Highway
Dover, DE 19901


Erickson, Thorpe & Swainston, Ltd.
PO Box 3559
Reno, NV 89505


Esquire Deposition
PO Box 827829
Philadelphia, PA 19182-7829


Fenton Fenton Fenton
211 North Robinson
Suite 800N
Oklahoma City, OK 73102


First Risk
1250 Greenwood Avenue
The Plaza Suite 3
Jenkintown, PA 19046


Fritz Keyspan, LLC
One Chapin Road
Pine Brook, NJ 07058


FTI Consulting, Inc.
PO Box 630391
Baltimore, MD 21263-0391

Gable & Gotwals
One Leadership Square
211 North Robinson
Oklahoma City, OK 73102


Gage, Spencer & Fleming, LLP
Attn:  Margaret Spencer, Esq.
410 Park Avenue, 9th Floor
New York, NY 10022


Gibbs Armstrong Borochoff Mullican & Har
500 Petroleum Club Building
601 South Boulder
Tulsa, OK 74119


Goldman & Warshaw, P.C.
34 Maple Avenue, Suite 101
PO Box 106
Pine Brook, NJ 07058-0106


Gonzalez, Saggio
225 East Michigan
4th Floor
Milwaukee, WI 53202


Gundlach Lee Eggm
5000 West Main STreet
PO Box 560
Belleville, IL 62223-0560


Higgs Fletcher & Mack, LL
2600 First National Bank Blvd.
401 West A Street
San Diego, CA 92101-7910


Hit-N-Run One Stop, Inc.
1200 South Muskogee
Tahlequah, OK 74464


Holland & Hart, LLP
One Boulder Plaza
1800 Broadway, Suite 300
Boulder, CO 80302

Houghton Quarty
124 Main Street
Newton, NJ 07860


Ironhouse Gym, Inc.
1805 South Carolina Avenue
Mason City, IA 50401


Jackson Kelly
1600 Laidley Tower
PO Box 553
Charleston, WV 25322


JC Penney Corporation, Inc.
Mail Code 1117
6501 Legacy Drive
Plano, TX 75024


Jenner & Block, LLP
One IBm Plaza
Chicago, IL 60611


Johnson & Bell, Ltd.
55 East Monroe Street
Suite 4100
Chicago, IL 60603-5896


Joseph A. Molinaro, Esq.
67 Park Place, 5th Floor
Morristown, NJ 07960


Kelly, Herlihy &  Klein, LLP
44 Montgomery Street, Suite 2500
San Francisco, CA 94104


Keystone Marketing
155 Commerce Drive
Advance, NC 27006


Kidd & Vaughn, LLP
Attn:  James D. Blitch, IV
191 Peachtree Street, Suite 3560
Atlanta, GA 30303-1757

King & Spalding LLP
191 Peachtree Street
Atlanta, GA 30303


Ledbetter Cogbill Arnold & Harrison, LLP
622 Parker Avenue
PO Box 185
Fort Smith, AR 72902


Lithografix
333 Pt. San Bruno Blvd
South San Francisco, CA 94080


Julia Lopez
525 Wasjomgtpm Blvd.
Jersey City, NJ 07310


Lowen Corporation
PO Box 1528
Hutchinson, KS 67504-1528


Marcus & Levy
80 Broadway
Elmwood Park, NJ 07407


Markas Group
167 Stephens Park Road
Hackettstown, NJ 07840


McCorkle Court Reporters, Inc.
200 N. LaSalle Street, Suite 300
Chicago, IL 60601-1014


McDonnell & Assoc.
601 S. Henderson Road
Suite 152
King Of Prussia, PA 19406


McElroy Deutsch Mulvaney
1300 Mt. Kemble AVenue
PO Box 2075
Morristown, NJ 07962-2075

McElroy Deutsch Mulvaney & Carpenter
PO Box 2075
Morristown, NJ 07962-2075


Medleh Group
PO Box 96370
Houston, TX 77213


Meijer
2929 Walker N.W.
Grand Rapids, MI 49544


Miles & Stockbridge, PC
10 Light Street
Baltimore, MD 21202-1487


Montgomery McCracken Walker & Rhoads
Attn; Noel C. Burnham
300 Delaware Ave, Suite 750
Wilmington, DE 19801


Murphy Oil USA, Inc.
PO Box 7000
El Dorado, AR 71731


Nationwide Mutual Insurance Company
500 Enterprise Drive 3D
Rocky Hill, CT 06067


NBC
30 Rockefeller Plaza
Room 5131
New York, NY 10112


Nutrition USA, Inc.
7280 West Palmetto Park Road
Suite 303-N
Boca Raton, FL 33433


Robert Occhifinto
15 Whitehall Road
Andover, NJ 07821

Olivo Construction
81 Van Horn Road
Newton, NJ 07860


OX2000 Free Zone Co.
PO Box 17930
Jebel Ali
Dubai, United Arab Emirates


Perfection Contracting
50 Orchard Street
Newton, NJ 07860


Peter C. Harvey, Esq.
Attorney General of New Jersey
124 Halsey Street
PO Box 45029
Newark, NJ 07102


Phillips & Akers
3400 Phoenix Tower
3200 Southwest Freeway
Houston, TX 77027


Porterfield Harper
22 Inverness Center Parkway
PO Box 530790
Birmingham, AL 35253-0790


PPC
177 Knob Hill Road
Mooresville, NC 28117


Reminger & Reminger
Capitol Square
65 East State Street, 4th Floor
Columbus, OH 43215


Rhodes Hieronymus Jones Tucker & Gable
PO Box 21100
Tulsa, OK 74121


Richard Self
11910 Shiloh Road
Dallas, TX 75228

Shea, Stokes & Carter
510 Market Street
3rd Floor
San Diego, CA 92101-7025


Smoke Shop
2833 SW 44th Street
Oklahoma City, OK 73119


Sobel Affiliates, Inc.
595 Stewart Avenue
Garden City, NY 11530-4735


Spain Hastings & Ward
909 Fannin
3900 Two Houston Center
Houston, TX 77010


Telemundo
30 Rockefeller Plaza
Room 5131
New York, NY 10112


The Bair Law Firm
14711 Pebble Bend Drive
Houston, TX 77068


The Kroger Company
1014 Vine Street
Cincinnati, OH 45202-1100


The PMA Insurance Group
500 North 12 Street
PO Box 604
Lemoyne, PA 17043


The Robinson Law Firm
Dollar Thrifty Plaza West
5310 East 31st Street, Suite PH-1
Tulsa, OK 74135


Turner Network Television, LLP
One CNN Center
Atlanta, GA 30303

```
Wal-Mart Legal Department/Litigation Div
702 S. W. 8th Street
Bentonville, AR 72716


Clark Watts, M.D.
5922 Northwest Place
Austin, TX 78731


Weather Channel
PO Box 101634
Atlanta, GA 30392


Westhead Associates
7 Wellington Court
Mount Laurel, NJ 08054


WHTZ Z-100
5518 Collection Center Drive
Chicago, IL 60693


Wiener Weiss & Madison
33 Texas Street, Suite 2350
PO Box 21990
Shreveport, LA 71120


WKTU 103.5
5488 Collections Center Drive
Chicago, IL 60693


World Wrestling Ent.
1241 East Main Street
Stamford, CT 06902


WWPR
Clearn Channel Broadcasting
5486 Collection Center Drive
Chicago, IL 60693
```