**The following is a listing of Product Liability/Personal Injury Plaintiffs, who have asserted claims against the Debtor.  Where available, the address of both Plaintiff and Plaintiff's counsel have been listed.  All of these Product Liability Claims are contingent, unliquidated and disputed.**

| PLAINTIFF | PLAINTIFF'S COUNSEL |
|---|---|
| Alberico, Timothy and Noel "Jacki" Alberico<br>7 South Deer Place<br>Hainesport, NJ  80836 | Richard J. Talbot<br>Havard Law Bldg.<br>1522 Route 38, Suite 202<br>Cherry Hill, NJ  08002<br>856-665-7140 |
| Asbell, Edward L. for Estate of Sandra L. Asbell<br>11205 Eagle Drive<br>Kokomo, IN  46901 | Curtis C. Welke<br>Russell, McIntyre, Hilligoss & Welke<br>116 North Main, Suite 200<br>P.O. Box 1047<br>Kokomo, IN 46903<br>765-456-3827 |
| Barrientos, Misty, Individually and as Next Friend for<br>Sabree Lozano, Sonny Lozano, Jr., Braylee Lozano and<br>Maleena Lozano<br>1250 Yeoman's Road, Apartment No. 15110<br>Abilene, TX 79602 | Jay H. Henderson<br>Cruse, Scott, Henderson & Allen, LLP<br>2777 Allen Parkway, 7th Floor<br>Houston, TX  77019<br>713-650-6600<br><br>David P. Willis<br>Willis Law Firm<br>1221 McKinney, Suite 3333<br>Houston, TX  77010<br>713-654-4040<br><br>Of Counsel:<br><br>Edward F. Blizzard<br>J. Scott Nabers<br>Blizzard, McCarthy & Nabers, LLP<br>440 Louisiana Street, Suite 1710<br>Houston, TX  77002<br>713-844-3750<br><br>Kenneth T. Fibich<br>Russell S. Briggs<br>Fibich, Hampton, Leebron & Garth, LLP<br>Two Houston Center,<br>909 Fannin Street, Suite 800<br>Houston, TX  77010<br>713-751-0025<br><br>F. Kenneth Bailey, Jr.<br>Robert A. Schwartz<br>Williams Bailey Law Firm, LLP<br>8441 Gulf Freeway, Suite 600<br>Houston, TX  77017<br>713-230-2200 |
| Bechtel, Ralph E., Jr.<br>57266 Clydesdale Drive<br>Goshen, IN  46528 | Thomas R. Hamilton<br>Hunt, Suedhoff, Kalamaros, LLP<br>120 West LaSalle Street<br>South Bend, IN  46634-4156<br>574-232-4801 |

| PLAINTIFF | PLAINTIFF'S COUNSEL |
|---|---|
| Brandon, Susan<br>(Unknown) | Michael Hodson<br>Hodson, Woods & Snivley<br>115 North Block Avenue<br>Fayetteville, AR 72702<br>479-582-2988<br><br>Of Counsel:<br>David H. Berg<br>Berg & Androphy<br>3704 Travis<br>Houston, TX 77002-9550<br>713-529-5622<br><br>Tamera L. Venzke<br>The Venzke Law Firm, LLP<br>911 Colquitt<br>Houston, TX 77006<br>713-522-1190 |
| Burns, John William and Janessa Ann Burns,<br>individually, John William Burns, II, and John William<br>Burns as Natural Tutor of the Minor Children Brandon<br>Michael Burns and Brianna Bonni Burns<br>240 Grove Street<br>Ponchatoula, LA 70454 | Lewis Unglesby<br>Unglesby & Marionneaux<br>246 Napoleon Street<br>Baton Rouge, LA<br>225-387-0120 |
| Busby, Shannon<br>268 Busby Lane<br>Lucedale, MS 39452 | Elizabeth M. Pipkin<br>R.G. Taylor II, P.C. & Associates<br>500 Dallas, Suite 3400<br>Houston, TX 77002<br>713-654-7799<br><br>Roger G. Taylor, III<br>Law Offices of Robert A. Pritchard<br>524 East Pascagoula Street<br>Jackson, MS 39201<br>601-948-1611 |
| Bynum, Regina<br>76 SCR 16 D<br>Taylorsville, MS 39168 | Larry O. Norris<br>Larry O. Norris, PA<br>P.O. Box 8<br>Hattiesburg, MS 39403-0008<br>601-545-2011 |
| (Carbone, Frank)<br>Frances Pakulniewicz, Administratrix of the Estate of<br>Frank D. Carbone, deceased; and Toniann Carbone, his<br>wife, individually<br>Frances: 6 Birchwood Drive, Elmwood Park, NJ 07407<br>Toniann Carbone: 135 Patterson Avenue, Lodi, NJ<br>07644 | Scott McClain<br>Winne, Banta, Hetherington & Basralian, P.C.<br>25 Main Street<br>Court Plaza North<br>Hackensack, NJ 07602<br>201-487-3800 |
| Carter, Anita, as Guardian Ad Litem for Angelique Long<br>(Unknown) | Douglas A. Kreis<br>Aylstock, Witkin & Sasser, PLC<br>55 Baybridge Drive<br>Gulf Breeze, FL 32561<br>850-916-7450 |

| PLAINTIFF | PLAINTIFF'S COUNSEL |
|---|---|
| | Christopher A. Seeger<br>Seeger Weiss LLP<br>550 Broad Street, Suite 920<br>Newark, NJ 07102-4573<br>973-639-9100 |
| Carter, Vicki, individually and<br>as Next Friend of Johnny K.<br>Carter, Deceased<br>8217 South 73rd East Avenue<br>Tulsa, OK 74133 | Edwin W. Ash<br>The Ash Law Firm<br>2500 Mid-Continent Tower<br>401 South Boston Avenue<br>Tulsa, OK 74103-4016<br>918-599-0001<br><br>Of Counsel:<br>David H. Berg<br>Berg & Androphy<br>3704 Travis<br>Houston, TX 77002-9550<br>713-529-5622<br><br>Tamera L. Venzke<br>The Venzke Law Firm, LLP<br>911 Colquitt<br>Houston, TX 77006<br>713-522-1190 |
| Cheeks, Demetrice<br>(Unknown) | Mark Pearson<br>5 Old Riverplace<br>Jackson, MS 39202<br>601-948-6822<br><br>Brian Herrington<br>Benjamin White<br>Herrington & White, PLLC<br>P.O. Box 12463<br>Jackson, MS 39211 |
| Childers, Kasie D.<br>(Unknown) | Kevin S. Kaufman<br>Kaufman & Bowen<br>117 East Main, Suite C, Cava Bldg.<br>Bridgeport, WV 26330<br>304-842-4300<br><br>Of Counsel:<br>David H. Berg<br>Berg & Androphy<br>3704 Travis<br>Houston, TX 77002-9550<br>713-529-5622<br><br>Tamera L. Venzke<br>The Venzke Law Firm, LLP<br>911 Colquitt<br>Houston, TX 77006<br>713-522-1190 |

| PLAINTIFF | PLAINTIFF'S COUNSEL |
|---|---|
| Chilton, Richard Chadd and Sandra K. Zanol, for Estate of Brandy Allison Tucker and as Guardians of the Issue of Brandy Allison Tucker<br>Richard Chadd Chilton: 1914 Wisconsin Avenue<br>Superior, WI 54880<br>Sandra K. Zanol:        304 Commonwealth Avenue<br>Duluth, MN 55808 | Theodore Oshman<br>Oshman & Mirisola, LLP<br>90 William Street<br>New York, NY 10038<br>212-233-2100 |
| Cole, Joan<br>3398 Salisbury Road, Lot 14<br>Richmond, IN 47374 | Ronald V. Fiesta<br>Kenneth B. Moll & Associates<br>Three First National Plaza<br>50th Floor<br>Chicago, IL 60602<br>312-558-6444 |
| Cornett, Melissa<br>597 Big Willard Road<br>Busy, KY 41723 | Masten Childers, II<br>Gary C. Johnson, P.S.C.<br>1999 Richmond Road<br>Lexington, KY 40502<br>859-268-4300 |
| Crane, Jacquelen<br>12323 Danridge Drive<br>Dallas, TX 75243 | Kenneth T. Fibich<br>Fibich, Hampton & Leebron<br>1401 McKinney, Suite 1800<br>Houston, TX 77010<br>713-751-0025<br><br>Edward F. Blizzard<br>Blizzard, McCarthy & Nabers, LLP<br>440 Louisiana Street, Suite 1710<br>Houston, TX 77002<br>713-844-3750<br><br>Robert Schwartz<br>Williams & Bailey Law Firm<br>8441 Gulf Freeway, Suite 600<br>Houston, TX 77017<br>713-230-2200 |
| Daniels, Richard<br>124 East Chicago Street<br>Quincy, MI 49082 | Christopher A. Seeger<br>Seeger Weiss LLP<br>550 Broad Street, Suite 920<br>Newark, NJ 07102-4573<br>973-639-9100 |
| Davis, Betty<br>Rockport Coastal Care<br>1004 Young Street<br>Rockport, TX 78382 | Jay H. Henderson<br>Cruse, Scott, Henderson & Allen<br>2777 Allen Parkway, 7th Floor<br>Houston, TX 77019<br>713-650-6600<br><br>Hector Canales<br>Canales & Simonson, P.C.<br>2601 Morgan Avenue<br>Corpus Christi, TX 78405<br>361-883-0601 |

| PLAINTIFF | PLAINTIFF'S COUNSEL |
|---|---|
| | Of Counsel:<br>Edward F. Blizzard<br>J. Scott Nabers<br>Blizzard, McCarthy & Nabers, LLP<br>440 Louisiana Street, Suite 1710<br>Houston, TX 77002<br>713-844-3750<br><br>F. Kenneth Bailey, Jr.<br>Robert Schwartz<br>Williams & Bailey Law Firm<br>8441 Gulf Freeway, Suite 600<br>Houston, TX 77017<br>713-230-2200<br><br>Kenneth T. Fibich<br>Russell S. Briggs<br>Fibich, Hampton & Leebron<br>1401 McKinney, Suite 1800<br>Houston, TX 77010<br>713-751-0025 |
| Denslow, Robert<br>(Unknown) | Wayne E. Ferrell, Jr.<br>P.O. Box 24448<br>405 Tombigbee Street<br>Jackson, MS 39225<br>601-969-4700<br><br>Sarah C. Bullard<br>Nizam M. Arain<br>Kenneth B. Moll & Associates<br>Three First National Plaza<br>50th Floor<br>Chicago, IL 60602<br>312-558-6444 |
| Dove, Loukrisha Mae Davis, Individually for Estate of Steeley Daniel Dove, Deceased and on behalf of Julianne Alexis Dove and Ayden Mikal Dove, Minor Children<br>(Unknown) | Matthew E. Lundy<br>333 North Sam Houston Parkway East, #375<br>Houston, TX 77060<br>281-272-0797<br><br>Of Counsel:<br>Scott Levensten<br>James J. McHugh<br>The Beasley Firm<br>3000 Atrium Way, Suite 358<br>Mount Laurel, NJ 08054<br>856-273-6966 |
| Ewing, Richard Sr.<br>20740 Egypt Road<br>Aberdeen, MS 39730 | Patrick D. McMurtray<br>McMurtray Armistad, PA<br>1755 Lelia Drive, Suite 210<br>Jackson, MS 39216<br>601-366-8282 |

| PLAINTIFF | PLAINTIFF'S COUNSEL |
|---|---|
| Farmer, Jerry W.<br>292 First Avenue<br>Wetumpka, AL  36092 | Robert B. Roden<br>Shelby Roden LLC<br>2956 Rhodes Circle<br>Birmingham, AL  35205<br>205-933-8383 |
| Feltmeyer, Mark<br>1425 South High<br>Freeport, IL  61032 | William E. Norris<br>Burns, Lebrocq, Wolf and Associates<br>485 Route One South<br>Bldg A, Suite 350<br>Iselin, NJ 08830<br>732-596-1999<br><br>Nizam M. Arain<br>Victoria Dizik Teremenko<br>Kenneth B. Moll & Associates<br>Three First National Plaza<br>50th Floor<br>Chicago, IL  60602<br>312-558-6444 |
| Fisk, Derrell and Kristina<br>1400 CR 502A<br>Salem, MO  65560 | Mark I. Bronson<br>Newman, Bronson & Wallis<br>2300 West Port Plaza Drive<br>St. Louis, MO  63146<br>314-878-8200<br><br>Ronald V. Fiesta<br>Sarah C. Bullard<br>Kenneth B. Moll & Associates<br>Three First National Plaza<br>50th Floor<br>Chicago, IL  60602<br>312-558-6444 |
| Fraley, Lawrence and Stacie A. Beagle-Fraley<br>2734 Caroline, Apt. B<br>St. Louis, MO  63104 | Mark I. Bronson<br>Newman, Bronson & Wallis<br>2300 West Port Plaza Drive<br>St. Louis, MO  63146<br>314-878-8200<br><br>Ronald V. Fiesta<br>Brian R. Porter<br>Anne Cisar Rudd<br>Kenneth B. Moll & Associates<br>Three First National Plaza<br>50th Floor<br>Chicago, IL  60602<br>312-558-6444 |
| Fugate, Walter L.<br>2018 Revere Avenue<br>Dayton, OH  45420 | David M. Deutsch<br>David M. Deutsch Co., L.P.A.<br>Pollack House<br>208 West Monument Avenue<br>Dayton, OH  45402-3015<br>937-223-7170 |

| PLAINTIFF | PLAINTIFF'S COUNSEL |
|---|---|
| | Keith D. Jacobson<br>Anne Cisar Rudd<br>Kenneth B. Moll & Associates<br>Three First National Plaza<br>50th Floor<br>Chicago, IL 60602<br>312-558-6444 |
| Gary, Elizabeth<br>527 Brady Road<br>Lorman, MS 39096 | Elizabeth M. Pipkin<br>R.G. Taylor II, P.C. & Associates<br>500 Dallas Street, Suite 3400<br>Houston, TX 77002<br>713-654-7799<br><br>Roger G. Taylor, III<br>Law Offices of Robert A. Pritchard<br>524 East Pascagoula Street<br>Jackson, MS 39201<br>601-948-1611 |
| Gibson, Cealana E.<br>1899 Olde Coventry Rd. East<br>Columbus, OH 43232 | Janet Abaray<br>Beverly H. Pace<br>Lopez, Hodes, Restaino, Milman & Skikos<br>312 Walnut Street, Suite 2090<br>Cincinnati, OH 45202<br>513-852-5600<br><br>David B. Rheingold<br>Rheingold, Valet, Rheingold, Shkolnik &<br>    McCartney, LLP<br>113 East 37th Street<br>New York, NY 10016<br>212-684-1880 |
| Golden, John<br>(Unknown) | Scott Levensten<br>The Beasley Firm<br>1125 Walnut Street<br>Philadelphia, PA 19107<br>215-592-1000 |
| Gonzalez, Guadalupe Jr.<br>P.O. Box 3719<br>417 West U.S. 83<br>McAllen, TX 78502 | Kenneth Fibich<br>Russell S. Briggs<br>Fibich, Hampton & Leebron<br>1401 McKinney, Suite 1800<br>Houston, TX 77010<br>713-751-0025<br><br>Edward F. Blizzard<br>Blizzard, McCarthy & Nabers, LLP<br>440 Louisiana Street, Suite 1710<br>Houston, TX 77002<br>713-844-3750<br><br>Robert Schwartz<br>Williams & Bailey Law Firm<br>8441 Gulf Freeway, Suite 600<br>Houston, TX 77017<br>713-230-2200 |

| PLAINTIFF | PLAINTIFF'S COUNSEL |
|---|---|
| Griffin, William<br>1301 Grace Lane<br>Richmond, IN 47374 | Colin R. Robinson<br>Nancy A. Washington<br>Saiber, Schlesinger, Satz & Goldstein, LLC<br>One Gateway Center<br>13th Floor<br>Newark, NJ 07102<br>973-622-3333<br><br>Kenneth Fibich<br>Russell S. Briggs<br>Fibich, Hampton & Leebron<br>1401 McKinney, Suite 1800<br>Houston, TX 77010<br>713-751-0025<br><br>Edward F. Blizzard<br>Rebecca A. Briggs<br>Blizzard, McCarthy & Nabers, LLP<br>440 Louisiana Street, Suite 1710<br>Houston, TX 77002<br>713-844-3750<br><br>Jay H. Henderson<br>Cruse, Scott, Henderson & Allen, LLP<br>2777 Allen Parkway, 7th Floor<br>Houston, TX 77019<br>713-650-6600 |
| Hagy, Michelle<br>Box 74<br>Switzer, WV 25647 | Tamera L. Venzke<br>The Venzke Law Firm, L.L.P.<br>911 Colquitt<br>Houston, TX 77006<br>713-522-1190<br><br>Of Counsel:<br>David H. Berg<br>Berg & Androphy<br>3704 Travis<br>Houston, TX 77002-9550<br>713-529-5622 |
| Hamlin, Margie<br>503 Kernohan<br>Crosby, TX 77532 | Kenneth Fibich<br>W. Michael Leebron, II<br>Russell S. Briggs<br>Fibich, Hampton & Leebron<br>1401 McKinney, Suite 1800<br>Houston, TX 77010<br>713-751-0025<br><br>Edward F. Blizzard<br>Blizzard, McCarthy & Nabers, LLP<br>440 Louisiana Street, Suite 1710<br>Houston, TX 77002<br>713-844-3750 |

| PLAINTIFF | PLAINTIFF'S COUNSEL |
|---|---|
| | John Neese<br>Williams & Bailey Law Firm<br>8441 Gulf Freeway, Suite 600<br>Houston, TX  77017<br>713-230-2200 |
| Hardin, Brian L.<br>(Unknown) | Michael Hodson<br>Hodson, Woods & Snivley<br>115 North Block Avenue<br>Fayetteville, AR 72702<br>479-582-2988<br><br>Of Counsel:<br>David H. Berg<br>Berg & Androphy<br>3704 Travis<br>Houston, TX  77002-9550<br>713-529-5622<br><br>Tamera L. Venzke<br>The Venzke Law Firm, LLP<br>911 Colquitt<br>Houston, TX  77006<br>713-522-1190 |
| Hardy, Susie<br>34 Formby Drive<br>Pinehaven Trailer Park, Not. 18<br>Laurel, MS  39443 | James C. Ferrell<br>R.G. Taylor II, P.C. & Associates<br>500 Dallas Street, Suite 3400<br>Houston, TX  77002<br>713-654-7799 |
| Hayes, Titus<br>159 Midway Drive<br>Elizabethton, TN  37643 | Adam Edwards<br>Dunn, MacDonald, Coleman and Reynolds<br>6204 Baum Drive<br>Knoxville, TN  37919<br>865-525-0505<br><br>Thomas P. Cartmell<br>Jonathan P. Kieffer<br>Thomas J. Preuss<br>Wagstaff & Cartmell LLP<br>4740 Grand Avenue, Suite 300<br>Kansas City, MO  64112 |
| Haynes, Ronjero and Ronda<br>108 Catoctin CL SW<br>Leesburg, VA  20175 | Scott Levensten<br>James J. McHugh, Jr.<br>The Beasley Firm<br>1125 Walnut Street<br>Philadelphia, PA  19107<br>215-592-1000<br><br>Anne Andrews<br>John C. Thornton<br>Andrews & Thornton<br>820 North Parton Street, Second Floor<br>Santa Ana, CA  92701<br>714-565-7555 |

| PLAINTIFF | PLAINTIFF'S COUNSEL |
|---|---|
| Heimberger, Shannon Kay, individually, William Heimberger, her husband and Reese Vincent Heimberger, a minor child, but and through his father, William Heimberger<br>Unknown | John Leighton<br>Leesfield, Leighton, Rubio & Boyers<br>2350 South Dixie Highway<br>Miami, FL  33133<br>305-854-4900 |
| Henderson, Kimberly Inez<br>(Unknown) | Steven D. Tipler<br>Tipler Law Offices<br>Suite 800, Farley Building<br>1929 Third Avenue North<br>Birmingham, AL 35203<br>205-328-6800 |
| Hicks, Beverly<br>516 Graham Road<br>Golden, MS  38847 | Patrick D. McMurtray<br>McMurtray Armistad, PA<br>1755 Lelia Drive, Suite 210<br>Jackson, MS 39216<br>601-366-8282 |
| Hill, Jason<br>416 Woodstone Road Apt. I-7<br>Clinton, MS  39056<br><br>Bryant, Eugene<br>15 James Showers Lane<br>Monticello, MS  39654<br><br>Harp, Fred<br>P.O. Box 247<br>New Augusta, MS  39462 | Patrick D. McMurtray<br>McMurtray Armistad, PA<br>1755 Lelia Drive, Suite 210<br>Jackson, MS 39216<br>601-366-8282 |
| Horsechief, Darrell<br>P.O. Box 554<br>Tahlequah, OK  74465 | Edwin W. Ash<br>2500 Mid-Continent Tower<br>401 South Boston Avenue<br>Tulsa, OK  74103-4016<br>918-599-0001<br><br>David H. Berg<br>Berg & Androphy<br>3704 Travis<br>Houston, TX  77002-9550<br>713-529-5622<br><br>Tamera L. Venzke<br>The Venzke Law Firm, LLP<br>911 Colquitt<br>Houston, TX  77006<br>713-522-1190 |
| Hurley, Larry<br>(Unknown) | Christopher A. Seeger<br>Michael S. Farkas<br>Elizabeth A. Wall<br>Seeger Weiss LLP<br>550 Broad Street, Suite 920<br>Newark, NJ  07102-4573<br>973-639-9100 |

| PLAINTIFF | PLAINTIFF'S COUNSEL |
|---|---|
| Hurt, Wanda L.<br>68 Neace Road<br>Gays Creek, KY 41745 | Keith D. Jacobson<br>Kenneth B. Moll & Associates<br>Three First National Plaza<br>50th Floor<br>Chicago, IL 60602<br>312-558-6444 |
| Hutchinson, Robert, Thomas, Pual and Yvonne; and<br>Fontenot, Justin v. NVE, Metabolife<br>(We are only in Fontenot)<br>Justin Fontenot<br>(Unknown) | Paul C. Cook<br>Waters & Kraus, LLP<br>200 Oceangate, Suite 520<br>Long Beach, CA 90802<br>562-436-8833 |
| Irizarry, Rafael, individually and on behalf of Estate of<br>Benjamin Irizarry, Deceased<br>2890 Luckie Road<br>Fort Lauderdale, FL 33331 | Raymond C. Bodiford<br>Crews & Boniford<br>1137 Edgewater Drive<br>Orlando, FL 32804<br>407-841-0200<br><br>Ronald V. Fiesta<br>Brian R. Porter<br>Kenneth B. Moll & Associates<br>Three First National Plaza<br>50th Floor<br>Chicago, IL 60602<br>312-558-6444 |
| Jackley, Bonnie, individually<br>and as Personal<br>Representative of the Estate of James, Deceased<br>13075 Lakeshore Drive<br>Olathe, KS 66061 | Thomas P. Cartmell<br>Jeffrey M. Kuntz<br>Thomas J. Preuss<br>Wagstaff & Cartmell LLP<br>4740 Grand Avenue, Suite 300<br>Kansas City, MO 64112<br>816-701-1100<br><br>Brad Kuhlman<br>Mark Evans<br>Evans & Kuhlman, LLC<br>105 East 5th Street, Suite 102<br>Kansas City, MO 64106 |
| Johnson, Marguerite<br>(Unknown) | Trent B. Miracle<br>Virginia L. Borden<br>SimmonsCooper LLC<br>707 Berkshire Blvd.<br>P.O. Box 521<br>East Alton, IL 62024<br>618-259-2222 |
| Jones, Dorothy<br>1006 South Broadway Street<br>Greenville, MS 38701 | Patrick D. McMurtray<br>McMurtray Armistad, PA<br>1755 Lelia Drive, Suite 210<br>Jackson, MS 39216<br>601-366-8282 |

| PLAINTIFF | PLAINTIFF'S COUNSEL |
|---|---|
| Kaplan, Goldie<br>48 Gamewood Road<br>Levittown, PA 19057 | Peter J. McNamara<br>437 Chestnut Street, Suite 710<br>Philadelphia, PA 19106<br>215-922-1400 |
| Karess, Marsha, Individually and as Administratrix of the<br>Estate of Robert A. Karess<br>3020 West Highland Street<br>Allentown, PA 18104 | Todd S. Miller<br>Carl B. Williamson<br>Joseph Pulcini, Jr.<br>Todd S. Miller & Associates<br>611 North Nineteenth Street<br>Allentown, PA 18104<br>610-434-1533 |
| Kurzak, Mark<br>10401 South Mayfield<br>Oak Lawn, IL 60453 | Timothy W. Heath<br>Hegarty & Heath<br>Three First National Plaza<br>Suite 2070<br>Chicago, IL 60602<br>312-263-7728 |
| Lambert, Billy Ray and Linnie R.<br>853 Hwy 364<br>Booneville, MS 38829 | Ronald D. Michael<br>Ronald D. Michael, P.A.<br>1700 North Second Street<br>Booneville, MS 38829<br>662-728-6276<br><br>John E. Tiedt<br>Law Offices of John E. Tiedt<br>10370 Hemet Street, Suite E390<br>Riverside, CA 92503<br>951-343-3320 |
| Larson, Eric & Stephanie<br>1056 Devonshire Curve<br>Bloomington, MN 55431 | Kevin E. Monastra<br>Jack Meyerson<br>Law Offices of Jack Meyerson<br>1700 Market Street, Suite 2632<br>Philadelphia, PA 19103<br>215-972-1376 |
| Leach, Richard, individually, and as Representative for<br>the Estate of Dianna Leach<br>Address unknown | Russell H. Rein<br>Bryan Aylstock<br>Aylstock, Witkin & Sasser PLC<br>4400 Bayou Blvd., Suite 58<br>Pensacola FL 32503<br>850-916-7450 |
| Lee, Camille, Individually, and as Administratrix of Estate<br>of Todd Lee<br>8311 Eden Way<br>Blanchard, OK 73010 | Edwin W. Ash<br>2500 Mid-Continent Tower<br>401 South Boston Avenue<br>Tulsa, OK 74103-4016<br>918-599-0001<br><br>David H. Berg<br>Berg & Androphy<br>3704 Travis<br>Houston, TX 77002-9550<br>713-529-5622 |

| PLAINTIFF | PLAINTIFF'S COUNSEL |
|---|---|
| | Tamera L. Venzke<br>The Venzke Law Firm, LLP<br>911 Colquitt<br>Houston, TX 77006<br>713-522-1190 |
| Lewis, Steve, Individually and as Administrator for Estate of Vera Lewis<br>935 West Avenue B<br>Belton, TX 76513 | Lisa Rodriquez<br>Trujillo, Rodriguez & Richards, LLC<br>8 Kings Highway West<br>Haddonfield, NJ 08033<br>856-795-9002<br><br>Tobias Millrood<br>Hal J. Kleinman<br>Schiffrin & Barroway, LLP<br>Three Bala Plaza East, Suite 400<br>Bala Cynwyd, PA 19004<br>610-667-7706 |
| Lilly, Gary<br>(Unknown) | Michael Hodson<br>Hodson, Woods & Snivley<br>115 North Block Avenue<br>Fayetteville, AR 72702<br>479-582-2988<br><br>David H. Berg<br>Berg & Androphy<br>3704 Travis<br>Houston, TX 77002-9550<br>713-529-5622<br><br>Tamera L. Venzke<br>The Venzke Law Firm, LLP<br>911 Colquitt<br>Houston, TX 77006<br>713-522-1190 |
| Lund, David<br>406 3rd Street<br>La Grande, OR 97850 | Ellen Relkin<br>Weitz & Luxenberg, P.C.<br>76 South Orange Avenue, Suite 201<br>South Orange, NJ 07079<br>973-761-8995 |
| Luttrell, Terry<br>15801 Cletus Brawley Road<br>Huntersville, NC 28078 | Ronald Golsder<br>Zimmerman Reed, P.L.L.P.<br>651 Nicollet Mall, Suite 501<br>Minneapolis, MN 55402<br>612-341-0400 |
| Macon, Albert<br>2628 Merwin<br>Shreveport, LA 71103 | Philip Bohrer<br>Bohrer Law Firm, L.L.C.<br>8712 Jefferson Highway<br>Suite B<br>Baton Rouge, LA 70809<br>225-925-5297 |

| PLAINTIFF | PLAINTIFF'S COUNSEL |
|---|---|
| | Gordon J. J. McKernan<br>McKernan Law Firm<br>8710 Jefferson Highway<br>Baton Rouge, LA  70809<br>225-925-1234 |
| Malcolm, Donnie<br>312 98th Street, Apartment B<br>Marmet, WV  25315 | Kevin S. Kaufman<br>Kaufman & Bowen<br>117 East Main, Suite C, Cava Bldg.<br>Bridgeport, WV  26330<br>304-842-4300<br><br>Of Counsel:<br>David H. Berg<br>Berg & Androphy<br>3704 Travis<br>Houston, TX  77002-9550<br>713-529-5622<br><br>Tamera L. Venzke<br>The Venzke Law Firm, LLP<br>911 Colquitt<br>Houston, TX  77006<br>713-522-1190 |
| Maxwell, Jennifer (Shaffer)<br>11990 East South Boulder Road, #52<br>Lafayette, CO  80026 | Scott Eldredge<br>Burg Simpson Eldredge Hersh & Jardine, P.C.<br>40 Iverness Drive East<br>Englewood, CO  80112<br>303-792-5595 |
| Mayer, Michelle<br>(Unknown) | Christopher A. Seeger<br>Seeger Weiss LLP<br>550 Broad Street, Suite 920<br>Newark, NJ  07102-4573<br>9973-639-9100 |
| McCray, David<br>325 Somonauk Street<br>Park Forest, IL  60466 | Ronald V. Fiesta<br>Nizam M. Arain<br>Kenneth B. Moll & Associates<br>Three First National Plaza<br>50th Floor<br>Chicago, IL  60602<br>312-558-6444 |
| McDowell, Eric<br>(Unknown) | David E. Carey<br>Brown, Brown & Young<br>200 South Main Street<br>Bel Air, MD 21014<br>410/879-2220<br><br>Kenneth B. Moll<br>Ronald V. Fiesta<br>Nizam A. Arain<br>Kenneth B. Moll & Associates<br>Three First National Plaza<br>50th Floor<br>Chicago, IL  60602<br>312-558-6444 |

| PLAINTIFF | PLAINTIFF'S COUNSEL |
|---|---|
| McLaughlin, Carolyn<br>(unknown) | Gary M. Price<br>Buttafuoco, Arce & Price, LLC<br>2509 Park Avenue, Suite 1C<br>South Plainfield, NJ 07080<br>908-668-8829 |
| McLeod, Betty, Executrix of the Estate of Christopher Shawn Hatfield<br>181 E. Commerce Street<br>Grand Rivers, KY 42045 | Craig Housman<br>109 South Fourth Street<br>P.O. Box 1196<br>Paducah, KY 42002-1196<br>270-444-6644<br><br>Edward F. Blizzard<br>Blizzard, McCarthy & Nabers, LLP<br>440 Louisiana Street, Suite 1710<br>Houston, TX 77002<br>713-844-3750<br><br>Kenneth T. Fibich<br>Russell S. Briggs<br>Fibich, Hampton, Leebron & Garth, LLP<br>Two Houston Center,<br>909 Fannin Street, Suite 800<br>Houston, TX 77010<br>713-751-0025<br><br>D. John Neese<br>Williams Bailey Law Firm, LLP<br>8441 Gulf Freeway, Suite 600<br>Houston, TX 77017<br>713-230-2200 |
| Metsch, Cherish, Individually and as Special Administratrix of the Estate of Eric J. Metsch<br>Unknown | Beverly H. Pace<br>Janet G. Abaray<br>Lopez, Hodes, Restaino, Milman & Skikos<br>312 Walnut Street, Suite 2090<br>Cincinnati, OH 45202<br>513-852-5600<br>Of Counsel:<br>Ellen Relkin<br>Weitz & Luxenberg, P.C.<br>76 South Orange Avenue, Suite 201<br>South Orange, NJ 07079<br>973-761-8995 |
| Michael, Ricky<br>(Unknown) | Russell H. Rein<br>Bryan Aylstock<br>Aylstock, Witkin & Sasser PLC<br>4400 Bayou Blvd., Suite 58<br>Pensacola FL 32503<br>850-916-7450 |
| Moore, Eliza<br>(Unknown) | Russell H. Rein<br>Bryan Aylstock<br>Aylstock, Witkin & Sasser PLC<br>4400 Bayou Blvd., Suite 58<br>Pensacola FL 32503<br>850-916-7450 |

15

| PLAINTIFF | PLAINTIFF'S COUNSEL |
|---|---|
| Moran, Joseph<br>(Unknown) | Thomas G. Cascione<br>Cascione, Purcigliotti & Galluzi, P.C.<br>20 Vesey Street, Suite 1100<br>New York, NY 10007<br>212-964-9640 |
| Morehouse, Debra<br>(Unknown) | Todd S. Hageman<br>Simon Passanante, P.C.<br>701 Market Street, Ste. 1150<br>St. Louis, MO 63101<br>314-241-2929 |
| Moser, Angel<br>305 East Minister Court, Apt. B<br>Henderson, NV 89015 | Tobias Millrood<br>Schiffrin & Barroway, LLP<br>Three Bala Plaza, Suite 400<br>Bala Cynwyd, PA 19004<br>610-667-7706 |
| Murtiff, Margaret, individually and on behalf of the Estate of Timothy Murtiff, deceased, and on behalf of Brandon Murtiff and Brittany Murtiff, minors<br>Address unknown | Gregory J. Hannon<br>Hannon and Joyce<br>150 So Independence Mall West<br>Suite 1000<br>Philadelphia, PA 19106<br>212-446-4460<br><br>Kenneth B. Moll<br>Ronald V. Fiesta<br>Nizam A. Arain<br>Kenneth B. Moll & Associates<br>Three First National Plaza<br>50th Floor<br>Chicago, IL 60602<br>312-558-6444 |
| Nelson, Laura<br>2222 Vinton Avenue<br>Portsmouth, OH 45662 | Terrence Smith<br>Davis, Saperstein & Salomon<br>375 Cedar Lane<br>Teaneck, NJ 07666<br>201-907-5000 |
| O'Neill, Michael<br>772 Vine Street<br>Coachella, CA 92236 | Donald C. Chavous<br>44-489 Town Center Way, D-493<br>Palm Desert, CA 92260<br>760-341-9533 |
| Padgett, Joy Christine<br>85 Clover Street<br>Gordon, AL 36346 | Richard Crum<br>Cobb, Shealy, Crum & Derrick<br>P.O. Box 6346<br>Dothan, AL 36302-6346<br>334-677-3000<br><br>Of Counsel:<br>William C. Maddox<br>P.O. Box 738<br>Dothan, AL 36305<br>334-678-8100 |

| PLAINTIFF | PLAINTIFF'S COUNSEL |
|---|---|
| Payne, Lizette<br>250 Tripp Street, Apt. 44D<br>Swoyersville, PA 18704 | Terrence Smith<br>Davis, Saperstein & Salomon<br>375 Cedar Lane<br>Teaneck, NJ 07666-3433<br>201-907-5000 |
| Perlingiere, Vincent Blake<br>157 Nelson Hall Homes<br>Fort Smith, AR 72904 | Michael Hodson<br>Hodson, Woods & Snivley<br>115 North Block Avenue<br>Fayetteville, AR 72702<br>479-582-2988<br><br>Of Counsel:<br>David H. Berg<br>Berg & Androphy<br>3704 Travis<br>Houston, TX 77002-9550<br>713-529-5622<br><br>Tamera L. Venzke<br>The Venzke Law Firm, LLP<br>911 Colquitt<br>Houston, TX 77006<br>713-522-1190 |
| Perrea, Ali Hemingway<br>(Unknown) | Ellen Relkin<br>Weitz & Luxenberg, P.C.<br>180 Maiden Lane<br>New York, NY 10038-4925<br>212-558-5500<br><br>Leslie O'Leary<br>Williams, Daley & O'Leary<br>1001 SW Fifth Avenue, Suite 1900<br>Portland, OR 97204 |
| Petty, Tonya<br>60012 Sizemore Road<br>Smithville, MS 38870 | Patrick D. McMurtray<br>McMurtray Armistad, PA<br>1755 Lelia Drive, Suite 210<br>Jackson, MS 39216<br>601-366-8282 |
| Ponce, Arthur<br>2099 CR 695A<br>Albin, TX 77511 | Kenneth Fibich<br>Fibich, Hampton & Leebron<br>1401 McKinney, Suite 1800<br>Houston, TX 77010<br>713-751-0025<br><br>Edward F. Blizzard<br>Blizzard, McCarthy & Nabers, LLP<br>440 Louisiana Street, Suite 1710<br>Houston, TX 77002<br>713-844-3750<br>Robert Schwartz<br>Williams & Bailey Law Firm<br>8441 Gulf Freeway, Suite 600<br>Houston, TX 77017<br>713-230-2200 |

| PLAINTIFF | PLAINTIFF'S COUNSEL |
|---|---|
| Porter, Michael<br>12127 Narrow Lane<br>Brookwood, AL 35444 | Maureen K. Cooper<br>521 Madison Street, Suite 200<br>Huntsville, AL 35801<br>256-533-3362<br><br>Ronald V. Fiesta<br>Nizam M. Arain<br>Kenneth B. Moll & Associates<br>Three First National Plaza<br>50th Floor<br>Chicago, IL 60602<br>312-558-6444 |
| Putney, Doris<br>P.O. Box 320<br>Becker, MS 38825 | Patrick McMurtray<br>McMurtray & Armistad, P.A.<br>1755 Lelia Drive, Suite 210<br>Jackson, MS 39216<br>601-366-8282 |
| Racer, Patricia<br>Route 1, Box 700A<br>St. Albans, WV 25177 | Kevin S. Kaufman<br>Kaufman & Bowen<br>117 East Main, Suite C, Cava Bldg.<br>Bridgeport, WV 26330<br>304-842-4300<br><br>Of Counsel:<br>David H. Berg<br>Berg & Androphy<br>3704 Travis<br>Houston, TX 77002-9550<br>713-529-5622<br><br>Tamera L. Venzke<br>The Venzke Law Firm, LLP<br>911 Colquitt<br>Houston, TX 77006<br>713-522-1190 |
| Raley, Linda<br>1112 West Castlewood<br>Friendswood, TX 77546 | Russell Briggs<br>Kenneth Fibich<br>Fibich, Hampton & Leebron<br>1401 McKinney, Suite 1800<br>Houston, TX 77010<br>713-751-0025<br><br>Edward F. Blizzard<br>Blizzard, McCarthy & Nabers, LLP<br>440 Louisiana Street, Suite 1710<br>Houston, TX 77002<br>713-844-3750 |
| Rankin, Robert<br>278 Rankin Road<br>P.O. Box 2354<br>Fayette, MS 39069 | Elizabeth M. Pipkin<br>R.G. Taylor II, P.C. & Associates<br>500 Dallas, Suite 3400<br>Houston, TX 77002<br>713-654-0994 |

| PLAINTIFF | PLAINTIFF'S COUNSEL |
|---|---|
| | Helen Swartzfager<br>500 Dallas, Suite 3400<br>Houston, TX 77002<br>713- 654-0994 |
| Ressel, James<br>1306 Silver Street, #5<br>Urbana, IL 61801 | Jena L. Borden<br>SimmonsCooper LLC<br>707 Berkshire Blvd.<br>P.O. Box 521<br>East Alton, IL 62024<br>618-259-2222 |
| Riggins, Kevin and Debbie Riggins as the Special<br>Administrators of the Estate of Sean Riggins<br>828 Decatur Street<br>Lincoln, IL 62656 | Anne Andrews<br>Andrews & Thornton<br>820 N. Parton St., Second Floor<br>Santa Ana, CA 92701<br>714-565-7555<br><br>Ray E. Alexander<br>Ronald A. Brown<br>720 Olive Street, Suite 1800<br>St. Louis MO 63101-2319<br>314-421-0216 |
| Rollins, Edward and Becky<br>121 Wisconsin<br>Westville, IL 61883 | David Stevens<br>Heller Holmes & Associates PC<br>PO Box 889<br>Mattoon, IL 61938-0889<br>217-235-2700<br><br>Kenneth B. Moll<br>Ronald V. Fiesta<br>Nizam A. Arain<br>Kenneth B. Moll & Associates<br>Three First National Plaza<br>50th Floor<br>Chicago, IL 60602<br>312-558-6444 |
| Ruehlow, Robert, individually and as personal<br>representative of the Estate of<br>Deborah Ruehlow<br>427 Filmore<br>Mason City, IA 50401 | James McHugh<br>The Beasley Firm<br>3000 Atrium Way, Suite 258<br>Mount Laurel, NJ 08054-3911<br>856-273-6966<br><br>Anne Andrews<br>John C. Thornton<br>Andrews & Thornton<br>820 North Parton Street, Second Floor<br>Santa Ana, CA 92701<br>714-565-7555 |
| Scott, Wyvonna<br>(Unknown) | Michael Atkinson<br>Atkinson, Haskins, Nellis, Brittingham, Gladd &<br>Carwile<br>1500 Park Centre<br>525 South Main<br>Tulsa, OK 74103-4524<br>918-582-8877 |

| PLAINTIFF | PLAINTIFF'S COUNSEL |
|---|---|
| | James F. Self, Jr.<br>Self & Associates<br>8720 S. Pennsylvania, Suite A<br>Oklahoma City, OK 73159<br>405-685-2111 |
| Seippel, Morgan<br>(Unknown) | J. Stewart White<br>Law Offices of White, Meany & Wetherall, LLP<br>3185 Lakeside Drive<br>Reno, NV 89509<br>775-828-9999 |
| Sepulvado, David<br>300 Pine Grove Circle<br>West Monroe, LA 71291 | Philip Bohrer<br>Bohrer Law Firm, L.L.C.<br>8712 Jefferson Highway<br>Suite B<br>Baton Rouge, LA 70809<br>225-925-5297<br>Richard Fewell, Jr.<br>1315 Cypress Street<br>West Monroe, LA 71291<br>318-388-3320 |
| Silverman, Lee and Roberta<br>(Unknown) | Christopher A. Seeger<br>Seeger Weiss LLP<br>550 Broad Street<br>Newark, NJ 07102-4573<br><br>Tobias Millrood<br>Scott K. Johnson<br>Schiffrin & Barroway, LLP<br>Three Bala Plaza East, Suite 400<br>Bala Cynwyd, PA 19004<br>610-667-7706 |
| Stirewalt, Jonathan Edward<br>(Unknown) | Justin G. Witkin<br>Aylstock, Witkin & Sasser, PLC<br>55 Baybridge Drive<br>Gulf Breeze, FL 32561<br>850-916-7450 |
| Taylor, Jeremy<br>(Unknown) | Michael Hodson<br>Hodson, Woods & Snivley<br>115 North Block Avenue<br>Fayetteville, AR 72702<br>479-582-2988<br>Of Counsel:<br>David H. Berg<br>Berg & Androphy<br>3704 Travis<br>Houston, TX 77002-9550<br>713-529-5622<br>Tamera L. Venzke<br>The Venzke Law Firm, LLP<br>911 Colquitt<br>Houston, TX 77006<br>713-522-1190 |

| PLAINTIFF | PLAINTIFF'S COUNSEL |
|---|---|
| Towns, Nicole<br>(Unknown) | Christopher A. Seeger<br>Seeger Weiss LLP<br>550 Broad Street<br>Newark, NJ  07102-4573<br>973-639-9100 |
| Townsend, Mason, as Personal Representative of the Estate of Donna Townsend<br>(Unknown) | Robert G. Rikard<br>Whetstone, Myers, Perkins & Young<br>1303 Blanding Street<br>P.O. Box 8086<br>Columbia, SC 29202<br>803-799-9400 |
| Triplett, Georgia A.<br>P.O. Box 159<br>Ironton, OH  45638 | Michael H. Mearan<br>Michael H. Mearan, LLC<br>812 6th Street<br>Portsmouth, OH  45662<br>740-354-3643<br><br>Of Counsel:<br>David H. Berg<br>Berg & Androphy<br>3704 Travis<br>Houston, TX  77002-9550<br>713-529-5622<br><br>Tamera L. Venzke<br>The Venzke Law Firm, LLP<br>911 Colquitt<br>Houston, TX  77006<br>713-522-1190 |
| Valentine, Christine<br>722 West Montgomery Street, Apt. #7<br>Allentown, PA  18103 | Raymond J. Peppelman, Jr.<br>Gilligan & Peppelman<br>606 E. Baltimore Pike<br>Media, PA 19063<br>610-566-7777<br><br>Of Counsel:<br>Dennis C. Reich<br>Reich & Binstock<br>4265 San Felipe, Suite 1000<br>Houston, TX  77027 |
| Victor, Pamela A., as Personal Representative of an Administrator of the Estate of Ryan Owen Maynard<br>14515 Silverdale Drive<br>Dale City, VA  22193 | Judy L. Feinberg<br>9404 Old Georgetown Road<br>Bethesda, MD 20814<br>301-214-2400 |
| Walker, Kelly<br>7 Garden Court<br>Fairfield, CT  06825 | James V. Sabatini<br>Sabatini and Associates, LLC<br>One Market Square<br>Newington, CT 06111<br>860-667-0839 |

| PLAINTIFF | PLAINTIFF'S COUNSEL |
|---|---|
| Weaver, Tammy<br>(Unknown) | Lisa J. Rodriquez<br>Trujillo, Rodriguez & Richards, LLC<br>8 Kings Highway West<br>Haddonfield, NJ 0 08022<br>856-795-9002<br><br>Tobias Millrood<br>Hal J. Kleinman<br>Schiffrin & Barroway, LLP<br>Three Bala Plaza East, Suite 400<br>Bala Cynwyd, PA  19004<br>610-667-7706 |
| Whalen, Michael and Kelly<br>166 See Avenue<br>Mahopac, NY  10541 | Thomas R. Anapol<br>Anapol, Schwartz, Weiss, Cohan, Feldman &<br>Smalley, PC<br>1040 Kings Highway, Suite 304<br>Cherry Hill, NJ  08034<br>856-482-1600<br><br>Anne Andrews<br>John C. Thornton<br>Andrews & Thornton<br>820 North Parton Street, Second Floor<br>Santa Ana, CA  92701<br>714-565-7555 |
| Whaley, Jessica<br>(Unknown) | Richard A. Spivey<br>142 Cherokee Street<br>Kingsport, TN  37660<br>423-245-4185 |
| White, Ashley (Shawn King)<br>(Unknown) | David Miceli<br>Beasley, Allen, Crow, Meathvin, Portis & Miles,<br>P.C.<br>P.O. Box 4160<br>Montgomery, AL  36103<br>334-269-2343 |
| Wilburn, Russell<br>(Unknown) | Kenneth Fibich<br>Fibich, Hampton & Leebron<br>1401 McKinney, Suite 1800<br>Houston, TX 77010<br>713-751-0025<br><br>Edward F. Blizzard<br>Blizzard, McCarthy & Nabers, LLP<br>440 Louisiana Street, Suite 1710<br>Houston, TX  77002<br>713-844-3750<br><br>John Neese<br>Williams & Bailey Law Firm<br>8441 Gulf Freeway, Suite 600<br>Houston, TX  77017<br>713-230-2200 |

| PLAINTIFF | PLAINTIFF'S COUNSEL |
|---|---|
| | Scott Allen<br>Cruse, Scott, Henderson & Allen, LLP<br>2777 Allen Parkway, 7th Floor<br>Houston, TX  77019<br>713-650-6600<br><br>Carl Waldman<br>Waldman, Smallwood Law Firm, PC<br>320 College Street<br>Beaumont, TX  77701 |
| Wilson, Alisha<br>104 Mason Street<br>McGehee, AR  71654 | Tamera L. Venzke<br>The Venzke Law Firm, L.L.P.<br>911 Colquitt<br>Houston, TX  77006<br>713-522-1190<br><br>Of Counsel:<br>David H. Berg<br>Berg & Androphy<br>3704 Travis<br>Houston, TX  77002-9550<br>713-529-5622 |
| Wojnowski, Jason<br>15801 Cletus Brawley Rd<br>Huntersville, NC  28078 | Ronald Golsder<br>Zimmerman Reed, P.L.L.P.<br>651 Nicollet Mall, Suite 501<br>Minneapolis, MN 55402<br>612-341-0400 |
| Wright, David S.<br>7500 Molly Pitcher Highway, Lot 15<br>Shippensburg, PA  17257 | Philip Cosentino<br>Diloreto, Cosentino & Bolinger<br>330 Lincoln Way East<br>Chambersburg, PA 17201<br>717-264-2096 |

664103.1