**The Following Creditors hold Contingent, Unliquidated and Disputed
Claims Against the Debtor Arising from Potential Indemnification
Obligations of the Debtor to these Creditors**

### *CVS*
CVS/Risk Management
One CVS Drive
Woonsocket, RI 02895


### *GNC*
Kenneth Strick
Vice President and General Counsel
Nutrition USA, Inc
7280 West Palmetto Park Road, Suite 303-N
Boca Raton, FL  33433


### *Wal-Mart*
Joel C. Lamp, Esq.
Assistant General Counsel
Wal-Mart Legal Department
Litigation Division
702 S.W. 8th Street
Bentonville, Arkansas 72716-0215


### *Go-Mart, Inc.*
Stephen R. Crislip, Esq.
Jackson Kelly
1600 Laidley Tower
P.O. Box 553
Charleston, WV 25322


### *Zeba, Inc. d/b/a Snappy Foods*
Colinos, Bosien, & Young
Marc A. Young
1500 Woodson Tower
2919 Allen Parkway
Houston, TX  77019


### *Sharda & Sons, Inc. d/b/a Sunrise Market #2*
Douglas M. Walla Esq.
Phillips & Akers
3400 Phoenix Tower
3200 Southwest Freeway
Houston, TX  77027-7523

***Cracker Barrel, Inc.***
Douglas M. Walla Esq.
Phillips & Akers
3400 Phoenix Tower
3200 Southwest Freeway
Houston, TX 77027-7523


***Big B Food & Deli***
Eugene Robinson
The Robinson Law Firm
Dollar Thrifty Plaza West
5310 East 31st Street, Suite PH-1
Tulsa, OK 74135


***Dano's Convenience Store, Inc.***
Eugene Robinson
The Robinson Law Firm
Dollar Thrifty Plaza West
5310 East 31st Street, Suite PH-1
Tulsa, OK 74135


***Clear Creek Texaco***
George Gibbs
Gibbs Armstrong Borochoff Mullican & Hart, PC
500 Petroleum Club Building
601 South Boulder
Tulsa, OK 74119


***Ironhouse Gym, Inc.***
Bob Vasquez
Ironhouse Gym, Inc.
1805 South Carolina Avenue
Mason City, IA 50401


***Richard Self d/b/a Sales/R & B Distributing, Inc.***
Richard Self
11910 Shiloh Road
Dallas, TX 75228


***Meijer Great Lakes***
Julie Dreyer
Meijer
2929 Walker, N.W.
Grand Rapids, MI 49544-9428

***Hit-N-Run One Stop, Inc.***
Leasa M. Stewart, Esq.
Gable & Gotwals
Fifteenth Floor-
One Leadership Square
211 North Robinson
Oklahoma City, OK 73102-7101

&

Danny Reese
Hit-N-Run One Stop, Inc.
1200 South Muskogee
Tahlequah, OK  74464

***Thrifty Payless, Inc. d/b/a Rite-Aid***
Dunbar & Associates
Kevin T. Dunbar
608 Silver Spur Road, Suite 245
Rolling Hills Estates, CA

***Keith's Superstore***
Edward J. Currie, Jr.
Currie Johnson Griffin Gaines & Myers, P.A.
1044 River Oaks Drive
Post Office Box 750
Jackson, Mississippi  39205-0750

***Chapel R& N Foods***
Carole Reed
Litigation Specialist
American Management Corporation
824 Front Street
PO Box 2020
Conway, AR  72033

***Fat Predator and Yollanda Kelly***
Robert F. Parker, Esq.
Burke Costanza & Cuppy LLP
9191 Broadway
Merrillville, IN 46410

***Murphy Oil USA***
James Baine, Esq.
Murphy Oil USA, Inc.
Law Department
P.O. Box 7000
El Dorado, AR  71731-7000


***Equilon Enterprises***
Joseph T. Jaros, Esq.
Holland & Hart LLP
One Boulder Plaza
1800 Broadway, Suite 300
Boulder, CO  80302


***JC Penney Company, Inc. and Eckerd Corp.***
Rosa M. Womble
Casualty Claims Specialist
AIG Claim Services, Inc.
Property/Casualty Claims Division
PO Box 4689
Clearwater, FL  33758

&

JC Penney Corporation, Inc.
Mail Code 1117
6501 Legacy Drive
Plano, TX  75024


***Eckerd Corporation***
Melissa Educate
Director, Complex Case Unit
AIG Claim Services, Inc.
8144 Walnut Hill Lane, Suite 1400
Dallas, TX  75231


***Petrotex Fuels, Inc.***
Ronald L. Bair, Esq.
The Bair Law Firm
14711 Pebble Bend Drive
Houston, TX  77068

***Royal Farms, Inc.***
Jennifer Ambler, AIC
Account Claim Rep.
The PMA Insurance Group
500 North 12th Street
P.O. Box 604
Lemoyne, PA  17043


***S.K. Smoke Shop***
Salimus Samad
Smoke Shop
2833 SW 44th Street
Oklahoma City, Oklahoma  73119


***ZamZam, Inc.***
Michael Silberberg, Claims Department
Nationwide Mutual Insurance Company
500 Enterprise Drive 3D
Rocky Hill, CT  06067-9756


***Sooner & Save Mart, Inc. d/b/a Stop 'n Save***
Jeff R. Beeler, Esq.
Beeler, Walsh, & Walsh P.L.L.C.
301 N.W. 63rd Street, Suite 600
Oklahoma City, OK 73116


***Motiva Enterprises, LLC***
Matthew S. Harmon, Esq.
King & Spalding LLP
191 Peachtree Street
Atlanta, GA  30303


***Love's Travel Stops & Country Stores, Inc.***
Matthew L. Schrader
Reminger & Reminger
Capitol Square
65 East State Street, 4th Floor
Columbus, Ohio  43215


***Love's Travel Stops & Country Stores, Inc.***
Dan S. Folluo, Esq.
Rhodes, Hieronymus, Jones, Tucker, & Gable, P.L.L.C.
PO Box 21100
Tulsa, OK  74121-1000

*__Rite Aid Corporation__*
Jonathan Allan Klein, Esq
Kelly, Herlihy & Klein LLP
44 Montgomery Street, Suite 2500
San Francisco, California 94104-4602


*__Conrad & Bischoff, d/b/a Airport 66 b/d/a KJ Superstores__*
Gary A. Cardinal, Esq.
Erickson, Thorpe & Swainston, Ltd.
PO Box 3559
Reno, Nevada 89505

&

Kirk Hansen
Conrad & Bischoff, Inc.
PO Box 50106
Idaho Falls, Idaho 83405-0106


*__Convenience Store Investors, Inc. d/b/a Wes-T-Go__*
Gordon Asbury, III Esq.
Asbury & Asbury LLP
534 Pine Street, Suite 102
Abilene, TX 79601


*__7-Eleven, Inc. and Mohammed Bhopal__*
James M. Callahan, Esq.
Callahan & Shears, P.C.
PO Box 22677
Portland, OR 97269-2677


*__Kroger Texas, L. P.__*
Martha Cutright Sarra, Esq.
The Kroger Company
1014 Vine Street
Cincinnati, OH 45202-1100